NSAHLAI LAW FIRM
EMMANUEL NSAHLAI, SBN (207588)
Email: nsahlai.e@nsahlailawfirm.com
3250 WILSHIRE BLVD, STE 1500
LOS ANGELES, CA 90010
Tel    :  (213) 797-0369
Fax    :  (213) 973-4617

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, individually and on behalf of §<br>others similarly situated, and on behalf §<br>of Cameroon Association of Victims of §<br>Ambazonia Terrorism ("CAVAT"), an §<br>unincorporated association; John Doe, §<br>father of minor Jane Doe 2; DOES §<br>plaintiffs 1 through 10,000, §<br>§<br>                    Plaintiffs, §<br>§<br>§<br>      vs. §<br>§<br>§<br>Ambazonia Foundation Inc.; §<br>Ambazonia Consulting Inc.; §<br>Ambazonia Relief Fund Inc.; §<br>Ambazonia Recognitions Collaborative §<br>Council ( ARRC) Inc.; Southern §<br>Cameroon Relief Fund Ltd; Ambazonia§<br>Broadcasting Corporation; Ambazonia §<br>Interim Government, entity form §<br>unknown; MORISC, entity form §<br>unknown; Eric Tano Tataw, an §<br>individual; and DOES 1-1000 §<br>§<br>§<br>§<br>§ | Case No.: 2:19-cv-03084-CBM-KS<br><br>**PROOF OF SERVICE VIA<br>PERSONAL DELIVERY ON<br>DEFENDANT ERIC TANO TATAW** |

-1-

*Jane Doe et al. v. Ambazonia Foundation Inc. et al*          Case .No. 2:19-cv-03084-CBM-KS
Proof of Service of Summons and Complaint and Case Initiation Documents

1
2

**To the Clerk of the United States District Court for the Central District of California:**

3
4
5

Please find attached as **Exhibit A** the Proof of Service via personal delivery to the following defendants:

6

### ERIC TANO TATAW

7
8
9

Date: August 1, 2019                    Respectfully Submitted,

10

EMMANUEL NSAHLAI

11

By: _____/S/_____

12

NSAHLAI LAW FIRM
EMMANUEL NSAHLAI, SBN (207588)

13

email: nsahlai.e@nsahlailawfirm.com

14

3250 WILSHIRE BLVD, STE 1500
LOS ANGELES, CA 90010

15
16

Attorney for Plaintiffs

17
18
19
20
21
22
23
24
25
26
27
28

-1-

1

2

3

## CERTIFICATE OF SERVICE

4

5

I HEREBY CERTIFY that on August 1, 2019, I directed that the foregoing document be electronically filed with the Clerk of the Court by using the CM/ECF system, and

6

7

[X] (By U.S. Mail) I deposited such envelope in the mail at Los Angeles, CA on August 1, 2019 with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

8

9

10

Defendant,

11

ERIC TANO TATAW
7404 GREELEY ROAD
HYATTSVILLE, MD 20785-2615

12

13

14

By:_____/S/_____

15

EMMANUEL NSAHLAI

16

17

18

19

20

21

22

23

24

25

26

27

-1-

28

*Jane Doe et al. v. Ambazonia Foundation Inc. et al*          Case .No. 2:19-cv-03084-CBM-KS
Certificate of Service

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

[PROOF OF SERVICE OF SUMMONS AND COMPLAINT]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eric Tataw

was received by me on *(date)* 6/25/19            .

☑ I personally served the summons on the individual at *(place)* 7404 Greeley Road, Hyattsville

Maryland                                 on *(date)* 6/27/19        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/27/19            _____
                                                       *Server's signature*

                                    London Perry (Private Investigator
                                    _____
                                                       *Printed name and title*


                          8605 Brainbridge Court, Clinton, Maryland
                          _____
                                                       *Server's address*

Additional information regarding attempted service, etc: