UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 19-3084-CBM(KSx)** | Date | AUGUST 26, 2019 |
|---|---|---|---|

| Title | JANE DOE, ET AL., v. AMBAZANIA FOUNDATION INC., ET AL., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS - NOTICE AND ORDER TO ALL PARTIES**

On July 24, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.  On August 1, 2019, Plaintiff filed a proof of service as to one defendant, Eric Tano Tataw.

The Court having considered the Plaintiff's response deems the response satisfactory and adequately addresses the Court's concerns.  Accordingly, the Order to Show Cause is hereby vacated and discharged.

Plaintiff is reminded that he is expected to comply with all rules and orders of the Court.  Plaintiff shall file a proof of service as to the remaining defendants by no later than **October 1, 2019.**

IT IS SO ORDERED.

cc: all counsel