UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 19-CV-03084-CBM-(KSx) | Date | November 24, 2020 |
| Title | Jane Doe et al v. Ambazonia Foundation Inc. et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.

In the present case, the Court has only received proof of service for Defendant Eric Tataw. The Court orders Plaintiffs to show cause in writing on or before DECEMBER 4, 2020, why the remaining defendants should not be dismissed for failure to prosecute. Failure to respond will result in a dismissal without prejudice.

The Court will consider one of the following as an appropriate response to this Order to Show Cause, on or before the above date:

> Proof(s) of service of summons and complaint on all defendants except Defendant Eric Tataw:
> An answer or motion to dismiss by the defendants:

It is Plaintiffs' responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. (Local Rules 7-1 and 7-2)

The Court issued an Order to Show Cause on June 3, 2020. (Dkt. 17.) Plaintiffs filed a Response on June 25, 2020. (Dkt. 25.) Plaintiffs' Response satisfied the Court's June 3, 2020, Order to Show Cause, and thus the previous Order is now vacated. (Dkt. 17, 25.)

**IT IS SO ORDERED.**